FILED '10 SEP 17 14:42 USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TINA PRETTYMAN-SILVA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | CV# 09-518-HA<br><br>ORDER FOR STIPULATED<br>FEES, COSTS AND EXPENSES<br>PURSUANT TO THE EQUAL<br>ACCESS TO JUSTICE ACT |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $2445.75 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, subject to any offset required by *Ratliff v. Astrue*. In addition, Plaintiff will be awarded $22.93 in expenses pursuant to 28 U.S.C. § 2412(d)(2).

DATED this 17 day of September, 2010.

_____
United States District Judge

Presented by:
Kimberly K. Tucker
Swanson, Thomas & Coon
Of Attorneys for Plaintiff